FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

MARIAH ROBERSON,

    Plaintiff,

CASE NO.: 6:17-CV-1008-ORL-31GJK

v.

METRO CORRAL PARTNERS, LLC,
d/b/a GOLDEN CORRAL,

    Defendant.

_____/

## NOTICE OF REMOVAL

TO:   The Judges of the United States District Court
      For the Middle District of Florida

Defendant, METRO CORRAL PARTNERS, LLC, d/b/a GOLDEN CORRAL (Defendant), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby files this Notice of Removal of the cause from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division (Notice). In support of this Notice, the Defendant states as follows:

### BACKGROUND

1. On January 11, 2017, the Plaintiff filed a complaint against the Defendant in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida styled *Mariah Roberson v. Metro Corral Partners, LLC, d/b/a Golden Corral*, Case No. 2017-CA-304-O (Complaint), alleging violations of the Florida Minimum Wage Act (FMWA) and the Florida Constitution.

ORIGINAL

2. On February 8, 2017, the Defendant filed its Motion to Dismiss the Complaint (Motion to Dismiss).

3. On April 26, 2017, the parties came before the court for a hearing on the Motion to Dismiss, and the court dismissed the Compliant without prejudice. The court subsequently entered its Order on the Defendant's Motion to Dismiss on May 22, 2017.

4. On May 5, 2017, the Plaintiff filed her Amended Complaint (Amended Complaint) (collectively with all other pleadings in this matter, State Action) alleging three counts: (1) Dual Occupation- Incidental Non-tipped Labor, in violation of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*. and the FMWA; (2) Dual Occupation – Labor Unrelated to Tipped Occupation, in violation of the FLSA and FMWA; and (3) Unpaid Wages, in violation of the FMWA.

5. Pursuant to 28 U.S.C. § 1446(a), the Amended Complaint is attached to this notice, along with a copy of any State Action process, pleadings, and orders which were served upon the Defendant, as **Exhibits A-F**.

## GROUNDS FOR REMOVAL

1. A notice of removal must contain "a short and plain statement of the grounds for removal." *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1060 (11th Cir. 2010).

2. The Plaintiff's Amended Complaint consists of two Counts raising claims arising under federal law: Counts I and II. *See* Compl. at ¶¶ 13-49.

3. This Court has original, federal question jurisdiction over Counts I and II under 28 U.S.C. § 1331. The State Action is one which may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), as Counts I and II constitute a civil action arising under a law of the United States.

4.      This Court has supplemental jurisdiction over Count III under 28 U.S.C. § 1367, because this claim for unpaid wages is so related to the dual occupation claims in the State Action over which this court has original jurisdiction that it forms part of the same case or controversy.

5.      Venue is proper in the Middle District of Florida, Orlando Division, because the State Action is pending within the jurisdictional confines of this District and Division. *See* 28 U.S.C. §1446(a).

6.      Removal is timely, as the Plaintiff served the Defendants on May 5, 2017, and this Notice is filed within the thirty-day period provided in 28 U.S.C. § 1446(b). *See Bailey v. Janssen Pharmaceutica, Inc.*, 536 F.3d 1202, 1205 (11th Cir. 2008) (thirty-day period runs from date of service).

7.      Defendants have given written notice of the filing of this Notice to the Plaintiff, and a copy of this Notice has been filed with the Clerk of the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida.

## CONCLUSION

Defendant respectfully requests that the above-captioned matter, now pending against it in the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida, Case No. 2017-CA-304-O, be removed to this Honorable Court, and that this Court assume full jurisdiction over the action.

Dated this 5th day of June, 2017.

                                      Respectfully submitted,

                                      */s/ Ashley Schachter*
                                      Kevin W. Shaughnessy, Esq.
                                      Florida Bar No.: 0473448
                                      Primary E-Mail: kshaughnessy@bakerlaw.com
                                      Secondary E-Mail: jnenstiel@bakerlaw.com
                                      Ashley M. Schachter, Esq.
                                      E-Mail: aschachter@bakerlaw.com
                                      Florida Bar No.: 0119374
                                      **BAKER & HOSTETLER LLP**
                                      200 South Orange Avenue
                                      SunTrust Center, Suite 2300
                                      Orlando, FL 32802-0112
                                      Telephone: (407) 649-4000
                                      Facsimile: (407) 841-0168

                                      **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of June, 2017, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system. I further certify that the foregoing has been served via e-mail upon:

Michael L. Grossman, Esq.
Cohen Grossman, Attorneys at Law
350 N. Lake Destiny Road
Maitland, FL 32751
Primary e-mail: plegrossman@itsaboutjustice.LAW
Secondary e-mail: Danielle@itsaboutjustice.LAW

                                          */s/ Ashley Schachter*
                                          Ashley M. Schachter